IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Chad Cagni o/b/o Mindy J. (deceased),**　§<br>　§<br>　*Plaintiff*,　§<br>　§<br>v.　§<br>　§<br>**Commissioner, Social Sevurity Administration,**　§<br>　§<br>　*Defendant*.　§ | **Case No. 3:24-CV-2456-E-BK** |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 29, 2025 (ECF No. 21). Plaintiff did not file objections. The Court reviewed the proposed findings, conclusions, and recommendation for plain error and found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

(*Signature Page Follows*)

**SO ORDERED.**

26th day of September, 2025

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE